Jacob Singer, as Administrator, etc., of Benjamin L. Singer, Deceased, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs, in accordance with *Elias* v. *Lehigh Valley R. R. Co.* (226 N. Y. 154). Jenks, P. J., Mills, Pu'nam and Blackmar, JJ., concur; Kelly, J., votes to reverse upon the ground that the evidence shows that plaintiff's intestate was guilty of contributory negligence as matter of law, and that the verdict acquitting him of contributory negligence is contrary to the evidence.

Lina Von Kamp, Substituted in Place of Fred Von Kamp, Deceased, Appellant, v. Violet Bramer and John C. Schleicher, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

Charles Grossman and Another, Respondents, v. Isaan Sandler, Appellant.— Application denied, with ten dollars costs. (See *Handy* v. *Butler*, 183 App. Div. 359.)

Samuel Michael, etc., Appellant, v. "Peter" F. Franklin, etc., Respondent.— Application denied, with ten dollars costs. (See *Handy* v. *Butler*, 183 App. Div. 359.)

# First Department, July, 1920.

Anna Anchorstar, Respondent, v. J. M. Gidding & Co., Impleaded with William M. Barrett, as President of Adams Express Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff consents to reduce judgment as entered to the sum of $12,171.50; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

Giovanni Orlando, Respondent, v. Samuel Stolowitz and Another, Copartners, etc., Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

Robert L. Farr, Respondent, v Slovak Press, Inc., Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.

Sol M. Gerson, Respondent, v. Eva R. Sheer, Also Known as Eva R. Gleason, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.